WILLIAM KNEAPLER, Appellant, v. SAMUEL BRAUFMAN, Doing Business under the Name of GOLD MEDAL COFFEE AND TEA COMPANY, et al., Respondents.—

Hagarty, Carswell, Johnston, Adel and Lewis, JJ., concur.

MARY LAVENTHALL et al., Respondents, v. FIREMAN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY, et al., Appellants.—

Hagarty, Carswell, Johnston, Adel and Lewis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIUS ADLER, Appellant.—

Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ., concur.

ROSE QUAYTMAN, as Administratrix of the Estate of MARK QUAYTMAN, Deceased, et al., Appellants, v. LONG ISLAND RAIL ROAD COMPANY, Respondent.—

No opinion. Present — Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ.